## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>JOSE E. SANTANA RAMOS<br><br>Debtor | CASE NO. 17-07343(MCF)<br><br>CHAPTER 7 |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**TO THE HONORABLE COURT:**

PLEASE TAKE NOTICE that Juan A. Cuyar Cobb, Esq., of Fernández, Collins, Cuyar & Plá, hereby enters his appearance in the above-captioned case on behalf of Scotiabank de Puerto Rico, Mortgage Division ("Scotiabank"), pursuant to section 1109 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002 and 9010, and such counsel hereby requests that all papers and notices given or required to be given and all papers and notices filed or served in this case or in any case consolidated or administered herewith, be delivered to and served upon:

> Juan A. Cuyar Cobb, Esq.
> Fernández, Collins, Cuyar & Plá
> P.O. Box 9023905
> San Juan, PR 00902-3905
> Telephone: (787) 977-3772
> Facsimile: (787) 977-3773
> E-mail: jcc@fclawpr.com

1

Respectfully submitted.

The undersigned hereby certifies that on this same date the foregoing was electronically filed, utilizing the CM/ECF System, which upon information and belief will notify all participants.

In San Juan, Puerto Rico, on February 7, 2018.

**Fernández, Collins, Cuyar & Plá**

/s/Juan A. Cuyar Cobb
Juan A. Cuyar Cobb
USDCPR 212401
P.O. Box 9023905
San Juan, Puerto Rico 00902-3905
Telephone: (787) 977-3772
Facsimile: (787) 977-3773
E-Mail: jcc@fclawpr.com