United States Bankruptcy Court
District of Puerto Rico

In re:                                                                  Case No. 17-07343-MCF
JOSE ENRIQUE SANTANA RAMOS                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0104-3            User: machargoa            Page 1 of 1            Date Rcvd: May 17, 2018
                                Form ID: odtc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2018.
db             +JOSE ENRIQUE SANTANA RAMOS,   HC 33 BOX 3389,    DORADO, PR 00646-9747

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2018 at the address(es) listed below:
              ALEJANDRO   OLIVERAS RIVERA    aorecf@ch13sju.com
              ALEJANDRO   OLIVERAS RIVERA (ENO)    on behalf of Trustee ALEJANDRO   OLIVERAS RIVERA
               aorecf@ch13sju.com
              JUAN A CUYAR COBB    on behalf of Creditor    SCOTIABANK DE PUERTO RICO jcc@fccplawpr.com,
               jcc_fccplaw@yahoo.com
              MONSITA   LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
              ROBERTO   FIGUEROA CARRASQUILLO    on behalf of Debtor JOSE ENRIQUE SANTANA RAMOS
               cmecf@rfclawpr.com, G9942@notify.cincompass.com
              ROBERTO   ROMAN VALENTIN    romanchpt7@gmail.com, rroman@ecf.epiqsystems.com
              ROBERTO   ROMAN VALENTIN    on behalf of Trustee ROBERTO   ROMAN VALENTIN romanchpt7@gmail.com,
               rroman@ecf.epiqsystems.com
                                                                                               TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br>**JOSE ENRIQUE SANTANA RAMOS**<br><br>**xxx–xx–1654**<br><br>Debtor(s) | Case No. **17–07343 MCF**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 5/17/18 |

### ORDER DISCHARGING TRUSTEE AND RELEASING HIS BOND

The instant case was converted to Chapter 13 on 4/25/18. The Chapter 7 Trustee has rendered a final report of his administration on 4/26/18. Accordingly, it is now

ORDERED that the Chapter 7 Trustee be and is hereby discharged, that his bond be cancelled and the surety thereon released from further liability thereunder.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Thursday, May 17, 2018 .

Mildred Caban Flores
United States Bankruptcy Judge