**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS**

In re:

**JOSE ENRIQUE SANTANA RAMOS**   Case No.   **17-07343-MCF**

Chapter 13   Attorney Name:   **ROBERTO FIGUEROA CARRASQUILLO***

| **I. Appearances** | | | **Date & Time:**   6/21/2018  1:30:00PM |
|---|---|---|---|
| **Debtor** | [X] Present | [ ] Absent | [X] R     [ ] NR    LV:   To be determined. |
| **Joint Debtor** | [ ]Present | [ ] Absent | [ ] This is debtor(s) 0 Bankruptcy filing. |
| **Attorney for Debtor** | [X] Present | [ ] Absent | **Creditors:** |
| [ ]  Prose | | | |
| [ ]  Appearing: | | | None |

**II. Oath Administered**
    [X] Yes            [ ] No

**III. Plan**

Date:   05/29/2018       Base:     $291,170.00    Payments 1 made out of  1 due.

**Confirmation Hearing Date:**        7/13/2018  1:30:00PM

**Evidence of Pmt shown:**

**Attorney's fees as per R. 2016(b)**

    $3,000.00   -  $0.00       =  $3,000.00

**IV. Status of Meeting**

[X] Closed       [ ] Not Held        [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

**Continued Date:**

**Comments:**

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

 [ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

 [ ] Other:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**

**REPORT OF ACTION TAKEN**

**MEETING OF CREDITORS**

In re:

**JOSE ENRIQUE SANTANA RAMOS**                    Case No.   **17-07343-MCF**

                            **Chapter 13**        Attorney Name:    **ROBERTO FIGUEROA CARRASQUILLO***

(Cont.)

**Trustee's Report on Confirmation**

[ ] **FAVORABLE**

[X] **UNFAVORABLE**

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | Toyota Motor Credit and Scotiabank claim 1-1. |
| [ ] Unfair discrimination | [ ] Tax returns missing |
| |    [ ] State  -  years |
| [ ] Fails disposable income | |
| [ ] Fails liquidation value test | [ ] Federal  -  years |
| [ ] Insuarence quote | |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] DSO Recipient's Information | [ ] Monthly reports for the months |
| [ ] Evidence of being current with DSO | [ ] Public Liability Insurance |
| |    [ ] Premises |
| [ ] Evidence of income |    [ ] Vehicle(s): |
| | [ ] Licenses issued by: |

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

JOSE ENRIQUE SANTANA RAMOS

Case No. 17-07343-MCF

Chapter 13   Attorney Name:  ROBERTO FIGUEROA CARRASQUILLO*

---

**Trustee's objection to confirmation**

[X] Objection to Confirmation
[ ] Oral objection by creditor

**ACP: 5**

**Household size: 1**

**Disp. Income under 1325(b)(2): $1,663.54 x 60 = $99,812.40**

Debtor(s) made aware of plan's tax refund provision to increase pay-out to creditors.

Any amendment to the plan should disclose debtor(s) last 4 digits of the social security number.

I reviewed documentary evidence on the filing of the 2013 thru 2016 state income tax returns.

--------------------------------------------------------------------------------

Matter(s):

NOTE: SCMI form 122C-2 line 45 disclose $1,663.54 x 60 = $99,812.40. Unsecured pool.

Note: Debtor has a mailing address from Dorado but his physical address is in Gurabo. Dorado address belongs to his parents.

Schedule "J" disclose food & housekeeping suppiles expense of $856.36, however, per IRS standards for one person it should be $377.00. Debtor is asked to clarify whether he has a special diet. He does.

1. Part 2.1 of the plan includes an additional payment of $225,000.00 from sale of real property, however, in Part 2.4 said lump sum is disclosed by a different amount $250,000.00. This needs to be clarified and amend accordingly.

2. Feasibility of Lump sum payment will depend on outcome of adversary proceeding case 18-00064 to determine validity of mortgage lien over debtor's real property. If debtor prevails lump sum will be feasible.

3. Plan does not provide any treatment to secured creditor Scotiabank claim 1-1, however, debtor filed an adversary case 18-00064 to determine validity of mortgage lien over debtor's real property. If debtor prevails plan may not need to provide for the mentioned creditor.

4 Plan does not provide for secured creditor Toyota Motor Credit as listed in Schedule "D". Trustee notes that Schedule "J" disclose $438.00 as car loan or lease.

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

JOSE ENRIQUE SANTANA RAMOS

Case No. 17-07343-MCF

Chapter 13  Attorney Name: ROBERTO FIGUEROA CARRASQUILLO*

---

5. Liquidation value cannot be determined until adversary case 18-00064 is resolved.

6. Disclosure of compensation requests $3,000.00 with no pre-petition fees received, however, Counsel already received $2,000.00 from Chapter 7. Amend accordingly. Disclose the $2,000 in the SOFA.

The following party(ies) object(s) confirmation:

s/Alejandro Oliveras  Date: 06/21/2018

Trustee/Presiding Officer  (Rev. 05/13)